# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SACOREY CLARK, #45720-044,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 20-cv-00749-JPG |
| | ) |
| **E. WILLIAMS, JAY BAGWELL,** | ) |
| **MS. SANTIAGO, MR. PATTERSON,** | ) |
| **MR. HARKINS, ROSALIN ROBINSON,** | ) |
| **MR. PEREZ, MR. SERIO,** | ) |
| **MRS. DUGDALE, MS. HODGES,** | ) |
| **MS. HERNANDEZ, MS. HUSTON,** | ) |
| **MRS. FITZPATRICK, MR. ALLEN,** | ) |
| **MR. JONES, MR. DOWDING,** | ) |
| **T.G. WERLICH, MR. CHEEKS,** | ) |
| **MR. SCHMIDT, W. PHILLIPS,** | ) |
| **T. PHILLIPS, A. WELLS,** | ) |
| **A. DOMINGUIEZ, M. PUCKETT,** | ) |
| **and MR. SEELY,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs.

**DATED**: 1/28/2022

                                                   MARGARET M. ROBERTIE, CLERK

                                                   By: s/ Tanya Kelley
                                                           Deputy Clerk

APPROVED: s/ J. Phil Gilbert
                   J. PHIL GILBERT
                   United States District Judge